

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

SEP 26 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-01-101 |
| | § | (Claim No. 79032) |
| JAVIER ABREGO, | § | |
| | § | |
| Defendant. | § | |

### REQUEST FOR ENTRY OF DEFAULT

TO THE UNITED STATES DISTRICT CLERK:

The UNITED STATES OF AMERICA ("USA"), Plaintiff requests the Court to enter Default against Defendant, Javier Abrego, pursuant to Federal Rule of Civil Procedure 55, and in support would show:

1. Plaintiff filed suit against Defendant on 6/18/01. Defendant was personally served with a copy of the Citation and Summons on 8/23/01 by Deputy Constable Avaristo Alvarez, Jr., which executed summons was filed with the Court on or about 8/31/01.

2. As of 9/17/01 no answer has been filed.

For these reasons, the United States of America requests that default be entered in this case.

Respectfully submitted,

By: _____
M. H. Cersonsky, TBA #04048500, Fed.#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
(713) 840-1492 / Fax (713) 840-0038
Attorney in Charge for United States of America

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion was sent on September 24, 2001, to:

Javier Abrego
511 S. Bonham
San Benito, Texas 78580

_____
M.H. Cersonsky

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| vs. | § § | C.A. No.: B-01-101 |
| | § | (Claim No. 79032) |
| JAVIER ABREGO, | § § | |
| Defendant. | § | |

### CLERK'S ENTRY OF DEFAULT

On this day, came on to be heard Plaintiff's Request for Entry of Default against Defendant. Although Defendant was cited to appear and answer herein, he has failed to file an answer within the time allowed by law. Therefore, the Court is of the opinion that Default against Defendant should be entered.

It is, accordingly, ordered, adjudged, and decreed that the Clerk of the Court enter Default against Defendant, Javier Abrego.

Signed on this ____ day of _____, 2001, at Brownsville, Texas.

MICHAEL MILBY, DISTRICT CLERK

By: _____
_____, Deputy Clerk

ClibPDF - www.fastio.com