


IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-101 |
| | § | (Claim No. 79032) |
| JAVIER ABREGO, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S MOTION FOR CONTINUANCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Plaintiff, UNITED STATES OF AMERICA ("USA") and presents this Motion for Continuance and says as follows:

I.

The above referenced case has been set for Pretrial Conferences and Disclosure of Interested Parties on Tuesday, November 19, 2001, at 2:00 P.M., by Order of this Court.

II.

USA filed it's Request for Entry of Judgment on September 26, 2001. As of November 13, 2001 the request for entry of judgment has not been signed. USA is requesting that the Pretrial Conference be reset to allow the signing of the entry of default and to give Plaintiff the opportunity to file it's Motion for Default Judgment.

III.

This Motion is not set out for delay, but so that justice may be done and that settlement can be achieved.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court grant this Motion

for Continuance.

                                                      Respectfully submitted,

By: _____
M. H. Cersonsky TBA#04048500, SBA#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
**Attorney for the United States of America**

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the above and foregoing was sent by certified mail, return receipt requested and regular mail on this 13th day of November, 2001, to:

Javier Abrego
511 S. Bonham
San Benito, TX 78586

_____
M. H. Cersonsky