9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 16 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-101 |
| | § | (Claim No. 79032) |
| JAVIER ABREGO, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION FOR CONTINUANCE

On this day, came on to be considered the Motion for Continuance of Plaintiff, UNITED STATES OF AMERICA ("USA"), the Court having reviewed the pleadings on file is of the opinion that the Motion for Continuance should be granted. It is hereby

ORDERED that the above referenced case which had been set for pretrial conference set for November 19, 2001, is hereby continued.

SIGNED November 15, 2001, at Brownsville, Texas.

_____
United States **Magistrate Judge**