11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| VS | § | CIVIL ACTION NO. B-01-101 |
| | § | |
| JAVIER ABREGO | | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A. The Magistrate Judge's Report and Recommendation s hereby ADOPTED;

B. Plaintiff's Motion for Default Judgment (Pleading No. 7) is hereby GRANTED; and

C. Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

1. Principal Balance as of                                    $ 2,828.53
2. Current Interest                                           $ 1,561.50
3. Attorney's Fees                                            $   500.00
4. Pre-Judgment Interest Rate Per annum                           8.41%
5. Daily Accrual:                                             $     0.65
6. TOTAL Balance Due (Including Attorney's Fees)              $ 4,890.03
7. Post Judgment Interest equals _2.19_ % per annum

DONE in Brownsville, Texas, this __15__ of __Feb__ 2002.

Hilda G. Tagle
United States Magistrate Judge